IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN DAVIS and SUSAN DAVIS,<br>Plaintiffs | : | No. 3:24cv328 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE<br>COMPANY, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 10 day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiffs' motion for summary judgment, (Doc. 17), is **DENIED**;

2) Defendant's motion for summary judgment, (Doc. 21), is **GRANTED**;

3) The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiffs; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court